AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11827458

**RECEIVED**
By USMS District of Columbia District Court at 10:24 am, Jun 27,

| United States of America | ) |
| v. | ) Case: 1:25-mj-00112 |
| Thomas Pham LeGro | ) Assigned To: Judge Upadhyaya, Moxila A. |
|  | ) Assign. Date: 6/26/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Thomas Pham LeGro    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(4)(B) (Possession of Child Pornography).

*Issuing officer's signature*

Date:   06/26/2025

City and state:   Washington, D.C.        Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/26/25, and the person was arrested on *(date)* 6/27/25
at *(city and state)* Washington, DC

Date: 6/27/25

*Arresting officer's signature*

Ryan Owens DUSM
*Printed name and title*